

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RETURNED
TO
SENDER

RELEASED ✗ PKG FROM INDIVIDUAL
NAME & NUMBER DO NOT MATCH
NOT HERE
NEED TD #
PKG FROM UNAUTHORIZED SOURCE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701   $ 000.41⁶
02 1W
0001401603 JUL. 31. 2015.

RE: WR-81,988-02

THOMAS EDWARD BETTS

TDC # 1859221